FILED

12/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0449

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0449

STATE OF MONTANA,

     Plaintiff and Appellee,

vs.

AMANDA SHARYCE WALTON,

     Defendant and Appellant.

FILED

DEC 2 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 26, 2024, to prepare, file, and serve the Appellant's opening brief.